UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ASPRO MECHANICAL CONTRACTING, INC.,

                    Plaintiff,

-against-

UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING
AND PIPE FITTING INDUSTRY OF THE
UNITED STATES AND CANADA
                    Defendants.
----------------------------------------X

Case No. 08 CV 5612
AFFIDAVIT OF SERVICE

              s.s.:
DISTRICT OF COLUMBIA )

    Wesley Jennings, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 30th day of June, 2008, at approximately 1:43 a.m./p.m., deponent served a true copy of the Summons in a Civil Case and Complaint upon the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada at the United Association Building, 901 Massachusetts Avenue, NW, Washington, DC by personally delivering and leaving the same with Debra Walburn, who informed deponent that he/she holds the position of Secretary to General*, is authorized to accept service at that address.  *Secretary Treasurer

    Debra Walburn is a white female approximately 40 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately ____ pounds with blonde hair and n/a eyes.

Sworn to before me this 1st day of July, 2008.

_____
PROCESS SERVER

_____
NOTARY PUBLIC

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009